IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARCHERDX, INC. AND THE GENERAL HOSPITAL CORPORATION D/B/A MASSACHUSETTS GENERAL HOSPITAL,<br><br>  Plaintiffs,<br><br>  v.<br><br>QIAGEN SCIENCES, LLC, QIAGEN LLC (F/K/A QIAGEN, INC.), QIAGEN BEVERLY, INC., QIAGEN GAITHERSBURG, INC., QIAGEN GMBH, QIAGEN N.V., AND JONATHAN ARNOLD,<br><br>  Defendants. | C.A. No. 18-1019-MN-CJB |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Andrej Barbic hereby withdraws as counsel for plaintiffs ArcherDX, Inc. and The General Hospital Corporation d/b/a Massachusetts General Hospital ("Plaintiffs").

Plaintiffs continue to be represented by Proskauer LLP and Shaw Keller LLP. Please adjust your service lists accordingly.

|  | /s/ Jeff Castellano |
|---|---|
|  | John W. Shaw (No. 3362) |
|  | Jeff Castellano (No. 4837) |
| OF COUNSEL: | SHAW KELLER LLP |
| Steven M. Bauer | I.M. Pei Building |
| Kimberly A. Mottley | 1105 North Market Street, 12th Floor |
| PROSKAUER LLP | Wilmington, DE 19801 |
| One International Place | (302) 298-0701 |
| Boston, MA 02110 | jshaw@shawkeller.com |
| (617) 526-9600 | jcastellano@shawkeller.com |
|  | *Attorneys for Plaintiffs* |

Dated: May 3, 2019