

Jeff Castellano
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
(302) 298-0703- Direct
jcastellano@shawkeller.com

May 26, 2020

**BY CM/ECF**
The Honorable Maryellen Noreika
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re:  *ArcherDX, Inc., v. QIAGEN Sciences, LLC*, C.A. No. 18-1019-MN (D. Del.)

Dear Judge Noreika:

Pursuant to the Court's May 22, 2020 Oral Order (D.I. 247), counsel on behalf of Plaintiffs ArcherDX and MGH (collectively, "Archer") and Defendants QIAGEN Sciences, LLC, QIAGEN LLC (f/k/a QIAGEN Inc.), QIAGEN Beverly Inc., QIAGEN Gaithersburg, Inc., QIAGEN GmbH, QIAGEN N.V. and Jonathan Arnold (collectively, "QIAGEN"), in an attempt to narrow the claim constructions issues, met and conferred as follows:

1)  By phone on May 25, 2020 from 1:30 PM ET to 2:17 PM ET. The attendees were Steven Bauer, Tara Melillo, Tamaria Dewdney, and Jeff Castellano for Archer, and David Bilsker, Anne Toker, Andrew Naravage, and David Moore for QIAGEN.

2)  By an additional phone call on May 25, 2020 from 3:30 PT ET to 3:40 PM ET. The attendees were Steven Bauer, Tara Melillo, Tamaria Dewdney, and Jeff Castellano for Archer, and David Bilsker, Anne Toker, Andrew Naravage, and David Moore for QIAGEN.

During the May 25, 2020 meet and confer calls, the parties discussed each of the 8 terms presented to the Court for construction, one at a time, trying to identify where actual disputes existed, and trying to narrow whatever issues they could prior to the hearing.

As a result of those discussions, modifications to the original and already-modified constructions were proposed.  At the end of the meet and confer process, the parties amended their claim constructions for terms 1-6, such that the eight constructions to be presented to the Court on Thursday are now as follows:

SHAW KELLER LLP

Page 2

| | Claim Term | Archer's Original Proposed Constructions[1] | Archer's Proposed Constructions with Changes After Meet & Confer Noted[2] | QIAGEN's Proposed Constructions with Changes After Meet & Confer Noted[3] |
|---|---|---|---|---|
| 1. | "[contacting a] first nucleic acid template comprising a sequence of a first strand of a double-stranded target nucleic acid [with a complementary target-specific primer that comprises a target-specific hybridization sequence]" | a first nucleic acid template molecule, different from the second nucleic acid template | ~~a first nucleic acid template molecule, different from the second nucleic acid template~~<br><br>**no construction necessary, that is:**<br><br>**contacting a first nucleic acid template comprising a sequence of a first strand of a double-stranded target nucleic acid with a complementary target-specific primer that comprises a target-specific hybridization sequence** | contacting a set of nucleotides in**/of** a first strand of a double-stranded target nucleic acid that make up a first nucleic acid template with a complementary target-specific primer that comprises a target-specific hybridization sequence |
| 2. | "[contacting a] second nucleic acid template comprising a sequence of a second strand that is complementary to the sequence of the first strand of the double-stranded target nucleic acid" | a second nucleic acid template molecule, different from the first nucleic acid template | ~~a second nucleic acid template molecule, different from the first nucleic acid template~~<br><br>**no construction necessary, that is:**<br><br>**contacting a second nucleic acid template comprising a sequence of a second strand** | contacting a set of nucleotides in**/of** a second strand of the double-stranded target nucleic acid that is complementary to the first strand that make up a second nucleic acid template |

---

[1]      D.I. 194.
[2]      Revisions are in **bold**.
[3]      Revisions are in **bold**.

SHAW KELLER LLP
Page 3

| | Claim Term | Archer's Original Proposed Constructions[1] | Archer's Proposed Constructions with Changes After Meet & Confer Noted[2] | QIAGEN's Proposed Constructions with Changes After Meet & Confer Noted[3] |
|---|---|---|---|---|
| | | | **that is complementary to the sequence of the first strand of the double-stranded target nucleic acid** | |
| 3. | "double-stranded target nucleic acid" | a target nucleic acid comprising two nucleic acid strands sufficiently hybridized to maintain a double-stranded nature | a target nucleic acid comprising ~~two nucleic acid strands~~ **a first strand and a second strand that are complementary to each other and that are** sufficiently hybridized to maintain a double-stranded nature | a target nucleic acid consisting of a first strand and a second strand that are complementary to each other |
| 4. | "target nucleic acid" | a nucleic acid molecule of interest (e.g., a nucleic acid to be analyzed) | a nucleic acid molecule of interest (e.g., a nucleic acid to be analyzed) | a nucleic acid molecule of interest **(e.g., a nucleic acid to be analyzed),** which is a genomic nucleic acid molecule or cDNA molecule |
| 5. | "target-specific primer" | a single-stranded oligonucleotide comprising a nucleic acid sequence that can specifically anneal under suitable annealing conditions to the first nucleic acid template that has a strand characteristic of a target nucleic acid | a single-stranded oligonucleotide comprising a nucleic acid sequence that can specifically anneal under suitable annealing conditions to ~~the first~~ **a** nucleic acid template that has a strand characteristic of a target nucleic acid | a primer that has a level of complementarity between the primer and the target such that there exists an annealing temperature at which the primer will anneal to and mediate amplification of the target nucleic acid and will not anneal to or mediate |

SHAW KELLER LLP

Page 4

| | Claim Term | Archer's Original Proposed Constructions[1] | Archer's Proposed Constructions with Changes After Meet & Confer Noted[2] | QIAGEN's Proposed Constructions with Changes After Meet & Confer Noted[3] |
|---|---|---|---|---|
| | | | | amplification of non-target sequences present in a sample |
| 6. | "target-specific hybridization sequence" | a sequence of a portion of the target-specific primer, that has sufficient complementarity with a sequence of the first nucleic acid template to enable hybridization between the target-specific primer and the first nucleic acid template | a sequence of ~~a portion of~~ the target-specific primer, that has sufficient complementarity with a sequence of ~~the first~~ another nucleic acid ~~template~~ (e.g., a template, a target sequence) to enable hybridization between the ~~target-specific primer and the first nucleic acid template~~ nucleic acids | a sequence of the target-specific primer that has sufficient complementarity with a sequence of the double-stranded target nucleic acid to enable hybridization between the target-specific primer and a sequence in/of the double-stranded target nucleic acid |
| 7. | "plurality of different primers" | two or more different primers | two or more different primers | two or more different primers that are not target specific primers. |
| 8. | "a sequence that is characteristic of the target-specific primer" | a sequence that is characteristic of the target-specific primer | a sequence that is characteristic of the target-specific primer | a sequence from the single target nucleic acid recited in step (a) |

SHAW KELLER LLP
Page 5

 A Third Amended Joint Claim Construction Chart is submitted herewith, amended to include the parties' revised constructions.  The Third Amended Joint Claim Construction Chart is attached as Ex. A.

 Finally, at the hearing itself, counsel believe that argument should begin with term 3 and proceed in order thereafter, with terms 1 and 2 argued at the end.


       Respectfully submitted,

       */s/ Jeff Castellano*

       Jeff Castellano (No. 4837)

cc: Clerk of the Court (CM/ECF)
  All Counsel of Record (via email)