# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARCHERDX, INC. and THE GENERAL HOSPITAL CORPORATION d/b/a MASSACHUSETTS GENERAL HOSPITAL,<br><br>*Plaintiffs*,<br><br>v.<br><br>QIAGEN SCIENCES, LLC, QIAGEN LLC f/k/a QIAGEN, INC., QIAGEN BEVERLY, LLC f/k/a QIAGEN BEVERLY, INC., QIAGEN GAITHERSBURG, INC., QIAGEN GMBH, QIAGEN N.V. and JONATHAN ARNOLD,<br><br>*Defendants*. | C.A. No. 18-1019-MN<br><br>**DEMAND FOR JURY TRIAL** |

## ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Daniel M. Silver, Esquire of McCarter & English, LLP as counsel for Plaintiff ArcherDX, Inc. in the above-captioned matter.

DATED: June 16, 2020

MCCARTER & ENGLISH, LLP

*/s/ Daniel M. Silver*
Daniel M. Silver (#4758)
405 N. King St., 8th Floor
Wilmington, DE 19801
(302)984-6331
dsilver@mccarter.com

*Attorney for Plaintiff ArcherDX, Inc.*

ME1 33630554v.1