# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARCHERDX, INC. and THE GENERAL HOSPITAL CORPORATION d/b/a MASSACHUSETTS GENERAL HOSPITAL,<br><br>*Plaintiffs*,<br><br>v.<br><br>QIAGEN SCIENCES, LLC, QIAGEN LLC f/k/a QIAGEN, INC., QIAGEN BEVERLY, LLC f/k/a QIAGEN BEVERLY, INC., QIAGEN GAITHERSBURG, INC., QIAGEN GMBH, QIAGEN N.V. and JONATHAN ARNOLD,<br><br>*Defendants*. | ) ) ) ) ) ) C.A. No. 18-1019-MN ) ) **DEMAND FOR JURY TRIAL** ) ) ) ) ) ) ) ) ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves to admit *pro hac vice* Leigh J. Martinson, Jill Mello, Keith Toms, and James J. Thomson, of McCarter & English LLP to represent Plaintiff ArcherDX, Inc. in this matter.

DATED: June 22, 2020

MCCARTER & ENGLISH, LLP

*/s/ Daniel M. Silver*
Daniel M. Silver (#4758)
405 N. King St., 8th Floor
Wilmington, DE  19801
(302)984-6331
dsilver@mccarter.com

*Attorney for Plaintiff ArcherDX, Inc.*

ME1 33653871v.1

## **[PROPOSED] ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____        _____
                                                United States District Judge