# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARCHERDX, INC. and THE GENERAL HOSPITAL CORPORATION d/b/a MASSACHUSETTS GENERAL HOSPITAL, <br><br> *Plaintiffs*, <br><br> v. <br><br> QIAGEN SCIENCES, LLC, QIAGEN LLC f/k/a QIAGEN, INC., QIAGEN BEVERLY, LLC f/k/a QIAGEN BEVERLY, INC., QIAGEN GAITHERSBURG, INC., QIAGEN GMBH, QIAGEN N.V. and JONATHAN ARNOLD, <br><br> *Defendants*. | C.A. No. 18-1019-MN <br><br> **DEMAND FOR JURY TRIAL** |

## ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Alexandra M. Joyce, Esquire of McCarter & English, LLP as counsel for Plaintiff ArcherDX, Inc. in the above-captioned matter.

DATED: June 23, 2020

MCCARTER & ENGLISH, LLP

*/s/ Alexandra M. Joyce*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
405 N. King St., 8th Floor
Wilmington, DE 19801
(302)984-6331
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiff ArcherDX, Inc.*