# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARCHERDX, INC. and THE GENERAL HOSPITAL CORPORATION d/b/a MASSACHUSETTS GENERAL HOSPITAL,<br><br>Plaintiffs,<br><br>v.<br><br>QIAGEN SCIENCES, LLC, QIAGEN LLC f/k/a QIAGEN, INC., QIAGEN BEVERLY, LLC f/k/a QIAGEN BEVERLY, INC. QIAGEN GAITHERSBURG, LLC f/k/a QIAGEN GAITHERSBURG, INC., QIAGEN GMBH, QIAGEN N.V. and JONATHAN ARNOLD,<br><br>Defendants. | C.A. No. 18-1019-MN<br><br>JURY TRIAL DEMANDED |

## MOTION AND PROPOSED ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Michael A. Albert and Eric J. Rutt, of Wolf, Greenfield & Sacks, P.C., to represent Plaintiff ArcherDX, Inc. in this matter.

DATED: June 23, 2020

MCCARTER & ENGLISH, LLP

*/s/ Daniel M. Silver*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
405 N. King St., 8th Floor
Wilmington, DE  19801
(302)984-6331
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorney for Plaintiff ArcherDX, Inc.*

1

**[PROPOSED] ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for the admission pro hac vice of Michael A. Albert and Eric J. Rutt is granted.

Date: _____          _____

                                                         UNITED STATES DISTRICT JUDGE

ME1 33677786v.1