## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ARCHERDX, INC. and THE GENERAL HOSPITAL CORPORATION d/b/a MASSACHUSETTS GENERAL HOSPITAL, | ) ) ) ) ) | |
| *Plaintiffs*, | ) ) | C.A. No. 18-1019-MN |
| v. | ) ) ) | **DEMAND FOR JURY TRIAL** |
| QIAGEN SCIENCES, LLC, QIAGEN LLC f/k/a QIAGEN, INC., QIAGEN BEVERLY, LLC f/k/a QIAGEN BEVERLY, INC., QIAGEN GAITHERSBURG, INC., QIAGEN GMBH, QIAGEN N.V. and JONATHAN ARNOLD, | ) ) ) ) ) ) ) | |
| *Defendants*. | ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Daniel M. Silver, Esquire of McCarter & English, LLP as counsel for Plaintiff The General Hospital Corporation d/b/a Massachusetts General Hospital in the above-captioned matter. Other attorneys from McCarter & English, LLP whom have appeared in this action will also be representing Plaintiff The General Hospital Corporation d/b/a Massachusetts General Hospital in the above-captioned matter.

DATED: June 25, 2020

MCCARTER & ENGLISH, LLP

*/s/ Daniel M. Silver*
Daniel M. Silver (#4758)
405 N. King St., 8th Floor
Wilmington, DE 19801
(302)984-6331
dsilver@mccarter.com

*Attorney for Plaintiffs*