# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARCHERDX, LLC and THE GENERAL HOSPITAL CORPORATION d/b/a MASSACHUSETTS GENERAL HOSPITAL,<br><br>Plaintiffs,<br><br>v.<br><br>QIAGEN SCIENCES, LLC, QIAGEN LLC f/k/a QIAGEN, INC., QIAGEN BEVERLY, LLC f/k/a QIAGEN BEVERLY, INC., QIAGEN GAITHERSBURG, LLC f/k/a QIAGEN GAITHERSBURG, INC., QIAGEN GMBH, QIAGEN N.V. and JONATHAN ARNOLD,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 18-1019-MN |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON COUNTS III, VII, VIII, IX, AND X OF THE AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 56, Defendants Qiagen Sciences, LLC, Qiagen LLC f/k/a Qiagen, Inc., Qiagen Beverly LLC, f/k/a Qiagen Beverly, Inc., Qiagen Gaithersburg LLC, f/k/a Qiagen Gaithersburg, Inc., Qiagen GmbH, Qiagen N.V. and Jonathan Arnold ("Defendants") respectfully move the Court for an Order granting summary judgment or partial summary judgment on Counts III, VII, VIII, IX, and X of the Amended Complaint (D.I. 130). The grounds for Defendants' motion are set forth in its Opening Brief filed contemporaneously herewith.

|  |  |
|---|---|
| OF COUNSEL:<br><br>David Bilsker<br>Andrew Naravage<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Tel: (415) 875-6600<br><br>Anne Toker<br>James E. Baker<br>Anastasia M. Fernands<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>51 Madison Ave., 22nd Floor<br>New York, NY 10010<br>Tel: (212) 849-7000<br><br>Jeffrey C. Wu<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>60 E South Temple, Suite 500<br>Salt Lake City, UT 84111<br>Tel: (801) 515 7300<br><br>Dated: March 1, 2021<br>7071043/ 45349 | Respectfully submitted,<br><br>POTTER ANDERSON & CORROON LLP<br><br>By: */s/ Stephanie E. O'Byrne*<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Stephanie E. O'Byrne (#4446)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE 19801<br>    Tel: (302) 984-6000<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com<br>    sobyrne@potteranderson.com<br><br>*Attorneys for Defendants Qiagen Sciences, LLC, Qiagen LLC f/k/a Qiagen, Inc., Qiagen Beverly LLC, f/k/a Qiagen Beverly, Inc., Qiagen Gaithersburg LLC, f/k/a Qiagen Gaithersburg, Inc., Qiagen GmbH, Qiagen N.V. and Jonathan Arnold* |