

1313 North Market Street
P.O. Box 951
Wilmington, DE 19801-0951
302 984 6000
www.potteranderson.com

Stephanie E. O'Byrne
Counsel
Attorney at Law
sobyrne@potteranderson.com
302 984-6067 Direct Phone

July 7, 2021

**VIA ELECTRONIC FILING**
The Honorable Maryellen Noreika
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

      Re:    *ArcherDX, Inc., et al. v. QIAGEN Sciences, LLC, et al.*,
              C.A. No. 18-1019-MN

Dear Judge Noreika:

      Defendants Qiagen Sciences, LLC, Qiagen LLC f/k/a Qiagen, Inc., Qiagen Beverly LLC, f/k/a Qiagen Beverly, Inc., Qiagen Gaithersburg LLC, f/k/a Qiagen Gaithersburg, Inc., Qiagen GmbH, Qiagen, respectfully request that the Court issue guidance on the format and timing of the currently-scheduled trial set to commence August 23, 2021.

      As the Court is aware, Archer dropped several of its claims (trade secret misappropriation, false advertising, deceptive trade practices, and tortious interference) (D.I. 413, 414).  Thus, the only claims remaining are Plaintiffs' patent infringement claims and Archer's breach of fiduciary duty claim.  QIAGEN has outstanding summary motions directed to these claims.

      QIAGEN requests confirmation regarding whether, on both bench[1] and jury issues, the Court will proceed on the scheduled date and whether such a trial will proceed in person or remotely.  To the extent that claims are going to be tried in person before a jury, which QIAGEN understands would only be the patent claims, QIAGEN would like to seek a continuance through whatever means the Court deems appropriate. In summary, the basis for that request would be that CDC travel restrictions are still in place preventing individuals from Germany and the United Kingdom from travelling to the United States.  This would adversely affect QIAGEN's ability to present its case as several witnesses and QIAGEN's client representative are located in these countries.  QIAGEN would not seek to postpone any of the pre-trial disclosure dates.

      QIAGEN has conferred with Plaintiffs regarding a continuance of in-person jury trial and Plaintiffs have indicated they would oppose such a request and they object to QIAGEN contacting the court regarding the issues herein other than by motion.

---

[1] QIAGEN understands that if the breach of fiduciary duty claim proceeds to trial, it would be tried to the Court pursuant to Delaware law and a jury trial waiver agreement the parties entered.

The Honorable Maryellen Noreika
July 7, 2021
Page 2

We thank Your Honor in advance for Your assistance.

Respectfully,

*/s/ Stephanie E. O'Byrne*

Stephanie E. O'Byrne

SEO:nmt/7287637/45349

cc: Clerk of the Court (via electronic filing)
Counsel of Record (via electronic mail)