# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARCHERDX, LLC f/k/a ARCHERDX, INC. and THE GENERAL HOSPITAL CORPORATION d/b/a MASSACHUSETTS GENERAL HOSPITAL,<br><br>    *Plaintiffs*,<br><br>v.<br><br>QIAGEN SCIENCES, LLC, QIAGEN LLC f/k/a QIAGEN, INC., QIAGEN BEVERLY, LLC f/k/a QIAGEN BEVERLY, INC., QIAGEN GAITHERSBURG, INC., QIAGEN GMBH, QIAGEN N.V. and JONATHAN ARNOLD,<br><br>    *Defendants*. | C.A. No. 18-1019-MN<br><br>**DEMAND FOR JURY TRIAL** |

## STIPULATION AND ORDER REGARDING EXCLUSION OF CERTAIN EVIDENCE FROM TRIAL

WHEREAS, the parties have conferred regarding their respective motions *in limine* that will be submitted before trial in this case; and

WHEREAS, in an effort to conserve the parties' and the Court's resources, and avoid unnecessary motion practice and/or narrow the issues to be presented to the Court on motions *in limine*, the parties have agreed not to raise or present certain evidence at trial relating to claims that are no longer being pursued by Plaintiffs;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by Plaintiffs ArcherDX, LLC f/k/a ArcherDX, Inc. and The General Hospital Corporation d/b/a Massachusetts General Hospital (collectively, "Plaintiffs") and Defendants QIAGEN Sciences, LLC, QIAGEN LLC, QIAGEN Beverly, LLC, QIAGEN Gaithersburg, LLC, QIAGEN GmbH, QIAGEN N.V., and Jonathan Arnold (collectively, "Defendants"), subject to the approval of the Court, that:

1. The parties will not offer testimony, evidence, or argument regarding the fact that claims for trade secret misappropriation (Counts I, IV-VI), false advertising (Count III), deceptive trade practices (Count IX), and tortious interference (Count X) (the "Dropped Claims") were previously asserted, but have been dropped by Plaintiffs.

2. The parties will not offer testimony, evidence, or argument that is solely relevant to the Dropped Claims.

3. The parties will not offer testimony, evidence, or argument regarding the fact that certain patent claims were previously asserted, but are not being pursued at trial.

Dated: July 30, 2021

| MCCARTER & ENGLISH, LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Alexandra M. Joyce<br>Daniel M. Silver (#4758)<br>Alexandra M. Joyce (#6423)<br>405 N. King St., 8th Floor<br>Wilmington, DE 19801<br>(302) 984-6331<br>dsilver@mccarter.com<br>ajoyce@mccarter.com<br><br>John W. Shaw (# 3362)<br>Jeff Castellano (# 4837)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0701<br>jshaw@shawkeller.com<br>jcastellano@shawkeller.com<br>nhoeschen@shawkeller.com<br><br>*Attorneys for Plaintiffs ArcherDX, LLC f/k/a ArcherDX, Inc. and The General Hospital Corporation d/b/a Massachusetts General Hospital* | By: /s/ Stephanie E. O'Byrne<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Stephanie E. O'Byrne (#4446)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>sobyrne@potteranderson.com<br><br>*Attorneys for Defendants QIAGEN Sciences, LLC, QIAGEN LLC f/k/a QIAGEN, Inc., QIAGEN Beverly LLC, f/k/a QIAGEN Beverly, Inc., QIAGEN Gaithersburg LLC, f/k/a QIAGEN Gaithersburg, Inc., QIAGEN GmbH, and Jonathan Arnold*<br><br>**SO ORDERED this 30th day of July 2021.**<br><br>*/s/ Maryellen Noreika*<br>**The Honorable Maryellen Noreika**<br>**United States District Judge** |