# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ARCHERDX, LLC and THE GENERAL HOSPITAL CORPORATION d/b/a MASSACHUSETTS GENERAL HOSPITAL, <br><br>    Plaintiffs, <br><br>    v. <br><br> QIAGEN SCIENCES, LLC, QIAGEN LLC f/k/a QIAGEN, INC., QIAGEN BEVERLY, LLC f/k/a QIAGEN BEVERLY, INC., QIAGEN GAITHERSBURG, LLC f/k/a QIAGEN GAITHERSBURG, INC., QIAGEN GMBH, QIAGEN N.V. and JONATHAN ARNOLD, <br><br>    Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 18-1019-MN <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION AND [PROPOSED] ORDER REGARDING
## LIVE TRIAL TESTIMONY RECEIVED BY REMOTE MEANS

WHEREAS, the above-captioned matter is scheduled to go to trial by jury on August 23, 2021, which trial is scheduled to be conducted in-person (D.I. 245, 417); and

WHEREAS, the Court previously stated that, should the parties require any witnesses to testify remotely in view of Covid-19, the Court will entertain such a request (D.I. 417); and

WHEREAS, travelers from many European Union countries are not permitted direct entry into the United States, and are not permitted entry into the United States absent a 14-day quarantine in a third country;[1] and

---

[1] *See* https://www.cdc.gov/coronavirus/2019-ncov/travelers/from-other-countries.html (prohibited country list). In June, the criteria for National Interest Exemptions to this travel ban were expanded to include certain travelers "providing vital support or executive direction for significant economic activity in the United States," such as "academics, students, journalists, humanitarian travelers, public health responders, and those travelers who will benefit national security." *See* https://www.natlawreview.com/article/us-department-state-issues-more-revisions-

WHEREAS, the recent rise of Covid-19 cases due to the Delta variant has cast further uncertainty on the quarantine rules of each country, and there is no date being reported for the potential lifting of the current travel ban,[2] and

WHEREAS, the parties seek certainty with respect to the ability for foreign corporate representatives and/or witnesses to participate in the upcoming trial; and

WHEREAS, the parties have also been informed that the Court is likely to impose restrictions on the number of individuals each party may have in the courtroom;

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiffs ArcherDX, LLC and The General Hospital Corporation d/b/a Massachusetts General Hospital ("Plaintiffs") and Defendants QIAGEN Sciences, LLC, QIAGEN LLC f/k/a QIAGEN, Inc., QIAGEN Beverly LLC, f/k/a QIAGEN Beverly, Inc., QIAGEN Gaithersburg LLC, f/k/a QIAGEN Gaithersburg, Inc., QIAGEN GmbH, and Jonathan Arnold (collectively, "Defendants"), subject to the approval of the Court, that:

1. The parties may call internationally-based witnesses live at trial via remote means, facilitated by a Court-approved vendor (e.g., VeriText or TrialGraphix) in consultation with the Court and the Court's IT department.

2. The parties agree that the oath may be administered by the courtroom deputy remotely and that exhibits may be viewed by witnesses remotely, and the testimony received will be treated in all respects as if the witnesses were present in the Courtroom.

---

to-national-interest-exceptions-to-covid. The parties have been exploring the potential for trial witnesses to enter the country under one of the limited exceptions to the travel ban.

[2] *See* https://www.forbes.com/sites/alexledsom/2021/07/30/us-travel-ban-pressure-mounts-to-open-borders-to-eu-and-uk/?sh=4b1184a25d17 (July 30, 2021).

3. The parties' vendor may, in consultation with the Court and the Court's IT department, establish a live Courtroom feed so that additional individuals may view the trial from outside of the Courtroom, including but not limited to counsel and internationally-based corporate representatives, and may establish an audio line for pubic attendance, subject to further direction by the Court.

4. Specific parameters for the testimony to be received live via remote means will be discussed between the parties and the vendor, and presented to the Court for further discussion prior to the pretrial conference. This stipulation is solely intended to approve the use of remote means to facilitate the live testimony of certain witnesses and to facilitate attendance by individuals in excess of the Court's courtroom limitations.

|  |  |
|---|---|
|  | Respectfully submitted, |
| MCCARTER & ENGLISH, LLP | POTTER ANDERSON & CORROON LLP |
| By: /s/ Alexendria M. Joyce <br> Daniel M. Silver (#4758) <br> Alexandra M. Joyce (#6423) <br> 405 N. King St., 8th Floor <br> Wilmington, DE 19801 <br> Tel: (302) 984-6331 <br> dsilver@mccarter.com <br> ajoyce@mccarter.com <br><br> John W. Shaw (#3362) <br> Jeff Castellano (#4837) <br> Nathan R. Hoeschen (#6232) <br> SHAW KELLER LLP <br> 300 Delaware Avenue <br> Suite 1120 <br> Wilmington, DE 19801 <br> Tel: (302) 298-0700 <br> jshaw@shawkeller.com <br> jcastellano@shawkeller.com <br> nhoeschen@shawkeller.com | By: /s/ Stephanie E. O'Byrne <br> David E. Moore (#3983) <br> Bindu A. Palapura (#5370) <br> Stephanie E. O'Byrne (#4446) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19801 <br> Tel: (302) 984-6000 <br> dmoore@potteranderson.com <br> bpalapura@potteranderson.com <br> sobyrne@potteranderson.com <br><br> *Attorneys for Defendants QIAGEN Sciences, LLC, QIAGEN LLC f/k/a QIAGEN, Inc., QIAGEN Beverly LLC, f/k/a QIAGEN Beverly, Inc., QIAGEN Gaithersburg LLC, f/k/a QIAGEN Gaithersburg, Inc., QIAGEN GmbH, and Jonathan Arnold* |

*Attorneys for Plaintiffs ArcherDX, LLC and The General Hospital Corporation d/b/a Massachusetts General Hospital*

Dated: August 6, 2021
7315117/45349

      IT IS SO ORDERED this ___ day of _____, 2021.

                                                    _____
                                                    United States District Judge