# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARCHERDX, LLC and THE GENERAL HOSPITAL CORPORATION d/b/a MASSACHUSETTS GENERAL HOSPITAL,<br><br>Plaintiffs,<br><br>v.<br><br>QIAGEN SCIENCES, LLC, QIAGEN LLC f/k/a QIAGEN, INC., QIAGEN BEVERLY, LLC f/k/a QIAGEN BEVERLY, INC., QIAGEN GAITHERSBURG, LLC f/k/a QIAGEN GAITHERSBURG, INC., QIAGEN GMBH, QIAGEN N.V. and JONATHAN ARNOLD,<br><br>Defendants. | C.A. No. 18-1019-MN |

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiffs ArcherDX, LLC and The General Hospital Corporation d/b/a Massachusetts General Hospital (collectively, "Plaintiffs") and Defendants Qiagen Sciences, LLC, Qiagen LLC, Qiagen Beverly, LLC, Qiagen Gaithersburg, LLC, Qiagen GmbH, Qiagen N.V., and Jonathan Arnold (collectively, "Defendants"), subject to the approval of the Court, that the deadline for finalizing the pretrial order and jury materials will be moved to Sunday, August 8, 2021 at 5 pm, to allow the parties to make any revisions in light of revisions that have been recently served or will be served today and to allow the parties to finalize the documents.

ME1 37181385v.1

2

| | |
|---|---|
| MCCARTER & ENGLISH, LLP | Respectfully submitted,<br>POTTER ANDERSON & CORROON LLP |
| By: */s/ Alexandra M. Joyce*<br>   Daniel M. Silver (#4758)<br>   Alexandra M. Joyce (#6423)<br>   405 N. King St., 8th Floor<br>   Wilmington, DE 19801<br>   Tel: (302) 984-6331<br>   dsilver@mccarter.com<br>   ajoyce@mccarter.com<br><br>   John W. Shaw (#3362)<br>   Jeff Castellano (#4837)<br>   Nathan R. Hoeschen (#6232)<br>   SHAW KELLER LLP<br>   300 Delaware Avenue<br>   Suite 1120<br>   Wilmington, DE 19801<br>   Tel: (302) 298-0700<br>   jshaw@shawkeller.com<br>   jcastellano@shawkeller.com<br>   nhoeschen@shawkeller.com<br><br>*Attorneys for Plaintiffs ArcherDX, LLC and The General Hospital Corporation d/b/a Massachusetts General Hospital*<br><br>Dated: August 6, 2021 | By: */s/ Stephanie E. O'Byrne*<br>   David E. Moore (#3983)<br>   Bindu A. Palapura (#5370)<br>   Stephanie E. O'Byrne (#4446)<br>   Hercules Plaza, 6th Floor<br>   1313 N. Market Street<br>   Wilmington, DE 19801<br>   Tel: (302) 984-6000<br>   dmoore@potteranderson.com<br>   bpalapura@potteranderson.com<br>   sobyrne@potteranderson.com<br><br>*Attorneys for Defendants QIAGEN Sciences, LLC, QIAGEN LLC f/k/a QIAGEN, Inc., QIAGEN Beverly LLC, f/k/a QIAGEN Beverly, Inc., QIAGEN Gaithersburg LLC, f/k/a QIAGEN Gaithersburg, Inc., QIAGEN GmbH, and Jonathan Arnold* |

IT IS SO ORDERED this ___ day of _____, 2021.

_____
United States District Judge