**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| ARCHERDX, LLC f/k/a ARCHERDX, INC. and THE GENERAL HOSPITAL CORPORATION d/b/a MASSACHUSETTS GENERAL HOSPITAL, | ) ) ) ) ) | |
| *Plaintiffs*, | ) ) | C.A. No. 18-1019-MN |
| v. | ) ) | |
| QIAGEN SCIENCES, LLC, QIAGEN LLC f/k/a QIAGEN, INC., QIAGEN BEVERLY, LLC f/k/a QIAGEN BEVERLY, INC., QIAGEN GAITHERSBURG, INC., QIAGEN GMBH, QIAGEN N.V. and JONATHAN ARNOLD, | ) ) ) ) ) ) ) | |
| *Defendants*. | ) ) | |

**[PROPOSED] VERDICT FORM**

# INSTRUCTIONS[1]

In answering the following questions and filling out this Verdict Form, you are to follow all of the instructions I have given you in the Court's charge. Your answer to each question must be **unanimous.** Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

As used herein:

1. "The '810 patent" refers to U.S. Patent No. 10,017,810;

2. "The '597 patent" refers to U.S. Patent No. 10,450,957.

These patents are together sometimes referred to as "the patents-in-suit."

Plaintiffs refers to ArcherDX, LLC and Massachusetts General Hospital, and "QIAGEN" refers to QIAGEN Sciences, LLC, QIAGEN LLC, QIAGEN Beverly, LLC, QIAGEN Gaithersburg, LLC, QIAGEN GmbH, QIAGEN N.V.

---

[1] See C.A. No. 18-172-MN, D.I. 297.

## QUESTIONS AND ANSWERS

I.  **INFRINGEMENT**

   A.  **The '810 Patent**

1. Have Plaintiffs proven by a preponderance of the evidence that QIAGEN directly infringed any of the following claims of the '810 Patent?

   *For each asserted claim please check "Yes" or "No" below.*

   |  | Yes (for Plaintiffs) | No (for QIAGEN) |
   |---|---|---|
   | Claim 16 | _____ | _____ |

   **[QIAGEN'S PROPOSAL:** If you find Plaintiffs have not proven that Claim 16 is infringed, (you answered "No" and for QIAGEN) then you do not need to provide an answer for claims 17-20:]

   |  | | |
   |---|---|---|
   | Claim 17 | _____ | _____ |
   | Claim 18 | _____ | _____ |
   | Claim 19 | _____ | _____ |
   | Claim 20 | _____ | _____ |

2. Have Plaintiffs proven by a preponderance of the evidence that QIAGEN induced infringement of any of the following claims of the '810 Patent?

   *For each asserted claim please check "Yes" or "No" below.*

   |  | Yes (Plaintiffs) | No (for QIAGEN) |
   |---|---|---|
   | Claim 16 | _____ | _____ |

   **[QIAGEN'S PROPOSAL:** If you find Plaintiffs have not proven that QIAGEN induced infringement of Claim 16, (you answered "No" and for QIAGEN) then you do not need to provide an answer for claims 17-20:]

|  | | |
|---|---|---|
| Claim 17 | _____ | _____ |
| Claim 18 | _____ | _____ |
| Claim 19 | _____ | _____ |
| Claim 20 | _____ | _____ |

3. Have Plaintiffs proven by a preponderance of the evidence that QIAGEN contributed to the infringement of any of the following claims of the '810 Patent?

*For each asserted claim please check "Yes" or "No" below.*

|  | Yes (for Plaintiffs) | No (for QIAGEN) |
|---|---|---|
| Claim 16 | _____ | _____ |

**[QIAGEN'S PROPOSAL:** If you find Plaintiffs have not proven that QIAGEN contributed to infringement of Claim 16, (you answered "No" and for QIAGEN) then you do not need to provide an answer for claims 17-20:]

|  | | |
|---|---|---|
| Claim 17 | _____ | _____ |
| Claim 18 | _____ | _____ |
| Claim 19 | _____ | _____ |
| Claim 20 | _____ | _____ |

**B. The '597 Patent**

4. Have Plaintiffs proven by a preponderance of the evidence that QIAGEN directly infringed any of the following claims of the '597 Patent?

   *For each asserted claim please check "Yes" or "No" below.*

   |  | Yes (for Plaintiffs) | No (for QIAGEN) |
   |---|---|---|
   | Claim 1 | _____ | _____ |

   **[QIAGEN'S PROPOSAL:** If you find Plaintiffs have not proven that Claim 1 is infringed, (you answered "No" and for QIAGEN) then you do not need to provide an answer for any of the following claims below:]

   | | Yes (for Plaintiffs) | No (for QIAGEN) |
   |---|---|---|
   | Claim 3 | _____ | _____ |
   | Claim 4 | _____ | _____ |
   | Claim 5 | _____ | _____ |
   | Claim 10 | _____ | _____ |
   | Claim 11 | _____ | _____ |
   | Claim 13 | _____ | _____ |
   | Claim 17 | _____ | _____ |
   | Claim 18 | _____ | _____ |
   | Claim 19 | _____ | _____ |
   | Claim 20 | _____ | _____ |
   | Claim 21 | _____ | _____ |
   | Claim 22 | _____ | _____ |
   | Claim 23 | _____ | _____ |
   | Claim 24 | _____ | _____ |
   | Claim 27 | _____ | _____ |

| | | |
|---|---|---|
| Claim 29 | _____ | _____ |

5. Have Plaintiffs proven by a preponderance of the evidence that QIAGEN induced infringement of any of the following claims of the '597 Patent?

*For each asserted claim please check "Yes" or "No" below.*

|  | Yes (for Plaintiffs) | No (for QIAGEN) |
|---|---|---|
| Claim 1 | _____ | _____ |

[**QIAGEN'S PROPOSAL:** If you find Plaintiffs have not proven that QIAGEN induced infringement of Claim 1 (you answered "No" and for QIAGEN) then you do not need to provide an answer for any of the following claims below:]

|  | Yes (for Plaintiffs) | No (for QIAGEN) |
|---|---|---|
| Claim 3 | _____ | _____ |
| Claim 4 | _____ | _____ |
| Claim 5 | _____ | _____ |
| Claim 10 | _____ | _____ |
| Claim 11 | _____ | _____ |
| Claim 13 | _____ | _____ |
| Claim 17 | _____ | _____ |
| Claim 18 | _____ | _____ |
| Claim 19 | _____ | _____ |
| Claim 20 | _____ | _____ |
| Claim 21 | _____ | _____ |
| Claim 22 | _____ | _____ |
| Claim 23 | _____ | _____ |
| Claim 24 | _____ | _____ |
| Claim 27 | _____ | _____ |
| Claim 29 | _____ | _____ |

8

6.      Have Plaintiffs proven by a preponderance of the evidence that QIAGEN contributed to the infringement of any of the following claims of the '597 Patent?

*For each asserted claim please check "Yes" or "No" below.*

|  | Yes (for Plaintiffs) | No (for QIAGEN) |
|---|---|---|
| Claim 1 | _____ | _____ |

**[QIAGEN'S PROPOSAL:** If you find Plaintiffs have not proven that QIAGEN contributed to the infringement of Claim 1 (you answered "No" and for QIAGEN) then you do not need to provide an answer for any of the following claims below:]

|  | Yes (for Plaintiffs) | No (for QIAGEN) |
|---|---|---|
| Claim 3 | _____ | _____ |
| Claim 4 | _____ | _____ |
| Claim 5 | _____ | _____ |
| Claim 10 | _____ | _____ |
| Claim 11 | _____ | _____ |
| Claim 13 | _____ | _____ |
| Claim 17 | _____ | _____ |
| Claim 18 | _____ | _____ |
| Claim 19 | _____ | _____ |
| Claim 20 | _____ | _____ |
| Claim 21 | _____ | _____ |
| Claim 22 | _____ | _____ |
| Claim 23 | _____ | _____ |
| Claim 24 | _____ | _____ |
| Claim 27 | _____ | _____ |
| Claim 29 | _____ | _____ |

## II. INVALIDITY

### A. The '810 Patent

7. Has QIAGEN proven by clear and convincing evidence that any of the following claims of the '810 Patent are invalid for anticipation?

   *For each asserted claim please check "Yes" or "No" below.*

   |  | Yes (for QIAGEN) | No (for Plaintiffs) |
   |---|---|---|
   | Claim 16 | _____ | _____ |
   | Claim 17 | _____ | _____ |
   | Claim 18 | _____ | _____ |
   | Claim 19 | _____ | _____ |
   | Claim 20 | _____ | _____ |

8. Has QIAGEN proven by clear and convincing evidence that any of the following claims of the '810 Patent are invalid for obviousness?

   *For each asserted claim please check "Yes" or "No" below.*

   |  | Yes (for QIAGEN) | No (for Plaintiffs) |
   |---|---|---|
   | Claim 16 | _____ | _____ |
   | Claim 17 | _____ | _____ |
   | Claim 18 | _____ | _____ |
   | Claim 19 | _____ | _____ |
   | Claim 20 | _____ | _____ |

9. Has QIAGEN proven by clear and convincing evidence that any of the following claims of the '810 Patent are invalid for failure to satisfy the written description requirement?

*For each asserted claim please check "Yes" or "No" below.*

|  | Yes (for QIAGEN) | No (for Plaintiffs) |
|---|---|---|
| Claim 16 | _____ | _____ |
| Claim 17 | _____ | _____ |
| Claim 18 | _____ | _____ |
| Claim 19 | _____ | _____ |
| Claim 20 | _____ | _____ |

11

**B. '597 Patent**

10. Has QIAGEN proven by clear and convincing evidence that any of the following claims of the '597 Patent are invalid for anticipation?

*For each asserted claim please check "Yes" or "No" below.*

|  | Yes (for QIAGEN) | No (for Plaintiffs) |
|---|---|---|
| Claim 1 | _____ | _____ |
| Claim 3 | _____ | _____ |
| Claim 4 | _____ | _____ |
| Claim 5 | _____ | _____ |
| Claim 10 | _____ | _____ |
| Claim 11 | _____ | _____ |
| Claim 13 | _____ | _____ |
| Claim 17 | _____ | _____ |
| Claim 18 | _____ | _____ |
| Claim 19 | _____ | _____ |
| Claim 20 | _____ | _____ |
| Claim 21 | _____ | _____ |
| Claim 22 | _____ | _____ |
| Claim 23 | _____ | _____ |
| Claim 24 | _____ | _____ |
| Claim 27 | _____ | _____ |
| Claim 29 | _____ | _____ |

11.  Has QIAGEN proven by clear and convincing evidence that any of the following claims of the '597 Patent are invalid for obviousness?

*For each asserted claim please check "Yes" or "No" below.*

|          | Yes (for QIAGEN) | No (for Plaintiffs) |
|----------|------------------|---------------------|
| Claim 1  | _____       | _____          |
| Claim 3  | _____       | _____          |
| Claim 4  | _____       | _____          |
| Claim 5  | _____       | _____          |
| Claim 10 | _____       | _____          |
| Claim 11 | _____       | _____          |
| Claim 13 | _____       | _____          |
| Claim 17 | _____       | _____          |
| Claim 18 | _____       | _____          |
| Claim 19 | _____       | _____          |
| Claim 20 | _____       | _____          |
| Claim 21 | _____       | _____          |
| Claim 22 | _____       | _____          |
| Claim 23 | _____       | _____          |
| Claim 24 | _____       | _____          |
| Claim 27 | _____       | _____          |
| Claim 29 | _____       | _____          |

12. Has QIAGEN proven by clear and convincing evidence that any of the following claims of the '597 Patent are invalid for failure to satisfy the written description requirement?

*For each asserted claim please check "Yes" or "No" below.*

|  | Yes (for QIAGEN) | No (for Plaintiffs) |
|---|---|---|
| Claim 1 | _____ | _____ |
| Claim 3 | _____ | _____ |
| Claim 4 | _____ | _____ |
| Claim 5 | _____ | _____ |
| Claim 10 | _____ | _____ |
| Claim 11 | _____ | _____ |
| Claim 13 | _____ | _____ |
| Claim 17 | _____ | _____ |
| Claim 18 | _____ | _____ |
| Claim 19 | _____ | _____ |
| Claim 20 | _____ | _____ |
| Claim 21 | _____ | _____ |
| Claim 22 | _____ | _____ |
| Claim 23 | _____ | _____ |
| Claim 24 | _____ | _____ |
| Claim 27 | _____ | _____ |
| Claim 29 | _____ | _____ |

### III. PATENT INFRINGEMENT DAMAGES

*Directions: If for any asserted claim(s) of the patents, you answered "Yes" as to any type of infringement and "No" as to invalidity for all questions that pertain to that particular asserted claim, please answer questions 13-16 below.*

13. If you determine that Plaintiffs are entitled to lost profits damages in connection with QIAGEN's QIAseq Targeted RNAscan Panels, QIAseq Immune Repertoire RNA Library Kits, and GeneRead QIAact RNA ("QIAGEN's RNA-related products"), what amount, if any, is the amount of lost profits attributable to the sale of QIAGEN's RNA-related product(s)?

    Answer: $_____

14. If you determine that Archer is not entitled to recover lost profits in connection with QIAGEN's RNA-related products, what amount, if any, would fairly and reasonably compensate Plaintiffs as a reasonable royalty for any infringement you have found by QIAGEN's RNA-related products?

    Answer: $_____

15. What royalty are Plaintiffs entitled to recover for QIAGEN's sales of its QIASeq Targeted DNA, QIAseq Index kits, and GeneRead QIAact DNA products?

    Answer: $_____

## IV. WILLFULNESS

16. Have Plaintiffs proven by a preponderance of the evidence that QIAGEN willfully infringed any valid asserted claim?

                                        Yes (for Plaintiffs)        No (for QIAGEN)

                                          _____          _____

## **UNANIMOUS VERDICT**

UPON REACHING A UNANIMOUS VERDICT ON EACH QUESTION ABOVE, EACH JUROR MUST SIGN BELOW.

We, the jury, unanimously agree to the answers to the above questions and return them under the instructions of this Court as our verdict in this case.

This _____ day of _____, 2021.

[SEPARATE PAGE]

Foreperson  _____

Juror  _____

Juror  _____

Juror  _____

Juror  _____

Juror  _____

Juror  _____

Juror  _____