# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARCHERDX, LLC and THE GENERAL HOSPITAL CORPORATION d/b/a MASSACHUSETTS GENERAL HOSPITAL,<br><br>    Plaintiffs,<br><br>    v.<br><br>QIAGEN SCIENCES, LLC, QIAGEN LLC f/k/a QIAGEN, INC., QIAGEN BEVERLY, LLC f/k/a QIAGEN BEVERLY, INC., QIAGEN GAITHERSBURG, LLC f/k/a QIAGEN GAITHERSBURG, INC., QIAGEN GMBH, QIAGEN N.V., and JONATHAN ARNOLD,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 18-1019-MN<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' MOTION FOR JUDGMENT
## AS A MATTER OF LAW PURSUANT TO FRCP 50(a)

Plaintiffs ArcherDX, LLC and The General Hospital Corporation d/b/a Massachusetts General Hospital ("Plaintiffs"), by and through their undersigned counsel, respectfully move for judgment as a matter of law in their favor pursuant to Fed. R. Civ. P. 50(a) regarding the validity of U.S. Patent Nos. 10,017,810 and 10,450,597. The grounds for this motion are set forth in the accompanying opening brief filed contemporaneously herewith.

| | |
|---|---|
| DATED:  August 26, 2021 | MCCARTER & ENGLISH, LLP |
| OF COUNSEL: | */s/ Daniel M. Silver* |
| | Daniel M. Silver (#4758) |
| Leigh J. Martinson | Alexandra M. Joyce (#6423) |
| Keith Toms | 405 N. King St., 8th Floor |
| Jill Mello, Ph.D. | Wilmington, DE  19801 |
| Wyley S. Proctor | (302) 984-6331 |
| Quincy L. Kayton | dsilver@mccarter.com |
| MCCARTER & ENGLISH, LLP | ajoyce@mccarter.com |
| 265 Franklin Street | |
| Boston, MA 02110 | *Attorneys for Plaintiffs* |
| (617) 449-6500 | |
| lmartinson@mccarter.com | |
| ktoms@mccarter.com | |
| jmello@mccarter.com | |
| wproctor@mccarter.com | |
| qkayton@mccarter.com | |

Michael A. Albert
Eric J. Rutt
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210-2206
617.646.8240
malbert@wolfgreenfield.com
erutt@wolfgreenfield.com

*Attorneys for Plaintiffs*

Edward R. Reines
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000
edward.reines@weil.com

*Attorney for Plaintiff ArcherDX, LLC*