IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARCHERDX, LLC and THE GENERAL HOSPITAL CORPORATION d/b/a MASSACHUSETTS GENERAL HOSPITAL,<br><br>  Plaintiffs,<br><br>  v.<br><br>QIAGEN SCIENCES, LLC, QIAGEN LLC f/k/a QIAGEN, INC., QIAGEN BEVERLY, LLC f/k/a QIAGEN BEVERLY, INC., QIAGEN GAITHERSBURG, LLC f/k/a QIAGEN GAITHERSBURG, INC., QIAGEN GMBH, QIAGEN N.V., and JONATHAN ARNOLD,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 18-1019-MN<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR
JUDGMENT AS A MATTER OF LAW PURSUANT TO FRCP 50(a)**

The Court having considered Plaintiffs' Motion for Judgment as a Matter of Law Pursuant to Federal Rule of Civil Procedure 50(a) (the "Motion"), the relevant papers and submissions, and any opposition thereto,

IT IS HEREBY ORDERED, this _____ day of _____, 2021, that Defendants have failed to carry their burden of proving by clear and convincing evidence that the asserted claims of the patents-in-suit are invalid, and therefore, Plaintiffs' Motion is GRANTED.

The Court further ORDERS that pursuant to Fed. R. Civ. P. 50(a), judgment is entered in favor of Plaintiffs, and against Defendants, as to the validity of U.S. Patent Nos. 10,017,810 and 10,450,597.

_____
UNITED STATES DISTRICT JUDGE