# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARCHERDX, LLC and THE GENERAL HOSPITAL CORPORATION d/b/a MASSACHUSETTS GENERAL HOSPITAL, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) C.A. No. 18-1019-MN ) |
| QIAGEN SCIENCES, LLC, QIAGEN LLC f/k/a QIAGEN, INC., QIAGEN BEVERLY, LLC f/k/a QIAGEN BEVERLY, INC., QIAGEN GAITHERSBURG, LLC f/k/a QIAGEN GAITHERSBURG, INC., QIAGEN GMBH, QIAGEN N.V., and JONATHAN ARNOLD, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**PLAINTIFFS' MOTION FOR INJUNCTION, ONGOING ROYALTY, SUPPLEMENTAL DAMAGES, INTEREST, AND ENHANCED DAMAGES**

1

Plaintiffs ArcherDX, LLC and The General Hospital Corporation d/b/a Massachusetts General Hospital ("Plaintiffs"), by and through their undersigned counsel, respectfully submit the following post-trial motions:

1. Motion for an injunction on infringing products and services approved for clinical diagnosis by a regulatory authority;

2. Motion for on-going royalties for any products not enjoined and practicing the Infringed Patents;

3. Motion for supplemental damages on Defendants' sales of infringing products from January 1, 2021 to the date of the jury verdict, August 27, 2021[1];

4. Motion for pre- and post-judgment interest; and

5. Motion for enhanced damages for willful infringement under 35 U.S.C. § 284.

Pursuant to the Court's October 8, 2021 Order (D.I. 493), the grounds for this Motion will be fully set forth in Plaintiffs' forthcoming Memorandum in Support of this Motion, to be filed by November 1, 2021.

| | |
|---|---|
| DATED: October 18, 2021 | MCCARTER & ENGLISH, LLP |
| OF COUNSEL: | */s/ Daniel M. Silver* <br> Daniel M. Silver (#4758) |
| Leigh J. Martinson <br> Keith Toms <br> Wyley S. Proctor <br> MCCARTER & ENGLISH, LLP <br> 265 Franklin Street <br> Boston, MA 02110 <br> (617) 449-6500 <br> lmartinson@mccarter.com <br> ktoms@mccarter.com <br> wproctor@mccarter.com | Alexandra M. Joyce (#6423) <br> 405 N. King St., 8th Floor <br> Wilmington, DE 19801 <br> (302) 984-6331 <br> dsilver@mccarter.com <br> ajoyce@mccarter.com <br><br> *Attorneys for Plaintiffs* |

---

[1] Plaintiffs reserve the right to seek additional relief following additional document production from Defendants.

Michael A. Albert
Eric J. Rutt
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210-2206
617.646.8240
malbert@wolfgreenfield.com
erutt@wolfgreenfield.com

*Attorneys for Plaintiffs*

Edward R. Reines
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000
edward.reines@weil.com

*Attorney for Plaintiff ArcherDX, LLC*