# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARCHERDX, LLC and THE GENERAL HOSPITAL CORPORATION d/b/a MASSACHUSETTS GENERAL HOSPITAL,<br><br>    Plaintiffs,<br><br>    v.<br><br>QIAGEN SCIENCES, LLC, QIAGEN LLC f/k/a QIAGEN, INC., QIAGEN BEVERLY, LLC f/k/a QIAGEN BEVERLY, INC., QIAGEN GAITHERSBURG, LLC f/k/a QIAGEN GAITHERSBURG, INC., QIAGEN GMBH, QIAGEN N.V. and JONATHAN ARNOLD,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 18-1019-MN<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER GRANTING DEFENDANTS' RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, MOTIONS FOR A NEW TRIAL OR ALTERED JUDGMENT

AND NOW, this ____ day of _____ 2021, upon consideration of Defendants' Renewed Motion for Judgment as a Matter of Law or, in the Alternative, Motions for a New Trial or Altered Judgment;

IT IS HEREBY ORDERED that the Motion is GRANTED.

_____
THE HONORABLE MARYELLEN NOREIKA
UNITED STATES DISTRICT COURT JUDGE

7430417 / 45349