IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARCHERDX, LLC and THE GENERAL HOSPITAL CORPORATION d/b/a MASSACHUSETTS GENERAL HOSPITAL, <br><br> Plaintiffs, <br><br> v. <br><br> QIAGEN SCIENCES, LLC, QIAGEN LLC f/k/a QIAGEN, INC., QIAGEN BEVERLY, LLC F/K/A QIAGEN BEVERLY, INC., QIAGEN GAITHERSBURG, LLC f/k/a QIAGEN GAITHERSBURG, INC., QIAGEN GMBH, QIAGEN N.V. and JONATHAN ARNOLD, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) C.A. No. 18-1019 (MN) ) ) ) ) ) ) ) ) ) ) ) |

**ORDER**

At Wilmington this 30th day of September 2022:

For the reasons set forth in the Memorandum Opinion issued this date, IT IS HEREBY ORDERED that:

1. Defendants' motion for judgment as a matter of law, or, in the alternative, a new trial (D.I. 495) is DENIED;

2. Defendants' motion for remittitur (D.I. 495) is GRANTED;

3. Plaintiffs' motion for injunction (D.I. 494) is DENIED with leave to renew after an evidentiary hearing;

4. Plaintiffs' motion for ongoing royalty (D.I. 494) is GRANTED-IN-PART;

5. Plaintiffs' motion for enhanced damages (D.I. 494) is DENIED; and

6. Plaintiffs' motion for supplemental damages and pre- and post-judgment interest (D.I. 494) is GRANTED.

IT IS FURTHER ORDERED that, on or before October 10, 2022, the parties shall meet and confer and submit a JOINT status report on the requested evidentiary hearing pertaining to injunctive relief.

_____
The Honorable Maryellen Noreika
United States District Judge